IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-__5__ |
| v. | VIOLATION:<br>18 U.S.C. §§ 2251(a)<br>18 U.S.C. §§ 2252(a)(2) |
| JAMES HENRY NORRIS, | 18 U.S.C. §§ 2252(b) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

(Production of Child Pornography)

Between on or about January 1, 2018, and September 27, 2019, the exact date being unknown to the Grand Jury, in the Middle District of Georgia and elsewhere, the defendant,

**JAMES HENRY NORRIS,**

did employ, use, persuade, induce, entice and coerce Minor A, whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was transported in and affecting interstate commerce; to wit: a digital photograph file name **pqhyq9be2Slwg3nly**. All in violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

(Production of Child Pornography)

Between on or about January 1, 2018 and November 29, 2019, the exact dates being unknown to the Grand Jury in the Middle District of Georgia and elsewhere, the defendant,

**JAMES HENRY NORRIS,**

did employ, use, persuade, induce, entice and coerce Minor A, whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was transported in and affecting interstate commerce; to wit: a digital photograph file name **qlqptcd7phlwg3nly**. All in violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE

(Production of Child Pornography)

Between on or about January 1, 2018, and November 29, 2019, the exact dates being unknown to the Grand Jury in the Middle District of Georgia and elsewhere, the defendant,

**JAMES HENRY NORRIS,**

did employ, use, persuade, induce, entice and coerce minor A, whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and the visual depiction was transported in and affecting interstate commerce; to wit: a digital photograph file name **qlqrk26Ehnlwg3nly**. All in violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

(Distribution of Child Pornography)

On or about September 27, 2019, in the Middle District of Georgia and elsewhere, the defendant,

**JAMES HENRY NORRIS,**

knowingly distributed, a visual depiction, to wit: a digital photograph of the lascivious display of genitalia file name **pqhyq9be2Slwg3nly** using any means or facility of interstate or foreign commerce; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct. All in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

## COUNT FIVE

(Distribution of Child Pornography)

On or about November 29, 2019, at approximately 11:30 a.m. EST in the Middle District of Georgia and elsewhere, the defendant,

**JAMES HENRY NORRIS,**

knowingly distributed, a visual depiction, to wit: a digital photograph of sexually explicit conduct file name **qlqptcd7phlwg3nly**, using any means or facility of interstate or foreign commerce; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct. All in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

## COUNT SIX

(Distribution of Child Pornography)

On or about November 29, 2019, at approximately 12:30 p.m. EST in the Middle District of Georgia and elsewhere, the defendant,

### JAMES HENRY NORRIS,

knowingly distributed, a visual depiction to wit: a digital photograph file name **qlqrk26Ehnlwg3nly**, using any means or facility of interstate or foreign commerce; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct. All in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

CHARLES E. PEELER
UNITED STATES ATTORNEY

LEAH E. McEWEN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* ___12___ *day of*
___Feb___ *A.D. 20 20*.

_____
*Deputy Clerk*

[4]