# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.       : | **CASE NO.  1:20-CR-5** |
| : | |
| **JAMES NORRIS**    : | |

## ANNOUNCEMENT

Come now the United States of America (hereinafter " the Government", by and through the United States Attorney for the Middle District of Georgia and counsel to Defendant Norris, after having conferred, and make the following announcement pursuant to the Court's direction in this matter:

In November 2021 in advance of the January 2022 trial calendar, the parties announced:

This case has no outstanding motions requiring hearing or ruling.   The parties are working diligently toward resolving this issue without need for a trial.   This is somewhat more cumbersome in this case than in other cases due to the possibility of dual prosecution for conduct which constitutes arguable violations of state and federal laws.   Further, if a resolution acceptable to the parties is reached, the Government has mandatory victim notification obligations to a number of persons

1

and/or their counsel before same can be formally accepted and offered. The matter needs to be scheduled for trial with the understanding that the parties continue to explore resolution. Because of the nature of the required consultations both parties must make in order to bring this to final resolution, because of the volume of work that would be required to bring the matter to trial if attempts at resolution fail and because of the nature of the underlying allegations in this case, the Government suggests that this matter not be set on the Court's regular trial calendar but rather given a separate and slightly later date to accommodate those obligations and needs.

The Court issued a second order requiring the parties to consult and advise with regard to the April 2022 trial term. The Government promptly sent inquiry to opposing counsel via email in order to either confer in writing or schedule a telephone or in-person conference. The Government provided information with respect to scheduling based on other matters anticipated to go to trial at around the same time in which the undersigned was lead counsel and suggested that the parties, if unable to reach a resolution, ask the Court to set the matter for the week of April 25, 2022. As of the time of this filing, no response of any sort has been received from opposing counsel. Therefore, the Government unilaterally informs the Court that there appear to be no motions requiring hearing or briefing and with the previously stated caveats, the matter should be set for trial.

2

Respectfully Submitted this 18th day of February 2022.

                PETER D. LEARY
                UNITED STATES ATTORNEY

By:  /s/Leah E. McEwen
      LEAH E. MCEWEN
      ASSISTANT UNITED STATES ATTORNEY
      GA Bar Number 490763
      Attorney for the United States
      201 W. Broad Avenue, 2nd Floor
      Albany, GA 31701
      (O) 229-430-7754
      (F) 229-430-7776
      leah.e.mcewen@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Leah E. McEwen, Assistant United States Attorney, hereby certify that on February 18, 2022, I electronically filed the within and foregoing **ANNOUNCEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for defendant.

        PETER D. LEARY
        UNITED STATES ATTORNEY

By:  /s/Leah E. McEwen
      LEAH E. MCEWEN
      ASSISTANT UNITED STATES ATTORNEY
      GA Bar Number 490763
      Attorney for the United States
      201 W. Broad Avenue, 2nd Floor
      Albany, GA 31701
      (O) 229-430-7754
      (F) 229-430-7776
      leah.e.mcewen@usdoj.gov