IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO.   1:20-CR-5 |
| | : | |
| JAMES NORRIS | : | |

## ANNOUNCEMENT

Come now the United States of America (hereinafter " the Government", by and through the United States Attorney for the Middle District of Georgia and counsel to Defendant Norris, after having conferred, and make the following announcement pursuant to the Court's direction in this matter:

Undersigned has conferred with Counsel for Defendant, Michael Simpkins. Both parties have agreed to a restitution hearing within 90 days of the sentencing.    Both parties request that the sentencing date be left as is with a restitution hearing to be set.

Respectfully Submitted this 14th day of June 2022.

                                    PETER D. LEARY
                                    UNITED STATES ATTORNEY

By:    /s/Leah E. McEwen
        LEAH E. MCEWEN
        ASSISTANT U.S. STATES ATTORNEY
        GA Bar Number 490763
        Attorney for the United States
        201 W. Broad Avenue, 2nd Floor
        Albany, GA 31701
        (O) 229-430-7754
        (F) 229-430-7776
        leah.e.mcewen@usdoj.gov

## CERTIFICATE OF SERVICE

I, Leah E. McEwen, Assistant United States Attorney, hereby certify that on June 14, 2022, I electronically filed the within and foregoing **ANNOUNCEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for defendant.

                        PETER D. LEARY
                        UNITED STATES ATTORNEY

By:   /s/Leah E. McEwen
       LEAH E. MCEWEN
       ASSISTANT U.S. STATES ATTORNEY
       GA Bar Number 490763
       Attorney for the United States
       201 W. Broad Avenue, 2nd Floor
       Albany, GA 31701
       (O) 229-430-7754
       (F) 229-430-7776
       leah.e.mcewen@usdoj.gov