**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **1:20-cr-5–WLS-TQL** |
| **JAMES HENRY NORRIS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Before the Court is Defendant's Request for Plea Agreement (DKT# 24) ("Motion") (Doc. 84). Therein, Defendant requests the Court direct the Clerk of Court to send Defendant a copy of his plea agreement. Defendant indicates he does not have the funds to pay for the transcript which the Court interprets as Defendant's request that the Clerk provide Defendant with a free copy of the transcript. Defendant states he "intends to file his first request for habeas relief under 28 U.S.C. § 2255 and needs this document since he is not allowed to have such documents in his possession at any time and has been forcefully delayed in filing his request for habeas relief." (Doc. 84). However, the Court notes that no § 2255 petition has been filed or is pending.

Defendant is not entitled to a free copy of his plea agreement, but may obtain a copy of such document from the Clerk by paying the appropriate fee. Defendant has previously been advised that the fee for the plea agreement is $8.50. (*See* Text Docket Entry 83).

Accordingly, the Defendant's Motion (Doc. 84) is **DENIED**.

**SO ORDERED**, this 6th day of November 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**